IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GARY WRIGHT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 12-1279-CV-W-SOW ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is a Joint Stipulation of Dismissal With Prejudice (Doc. #17). Accordingly, it is hereby

ORDERED that the above-captioned case is dismissed *with* prejudice.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior U.S. District Judge

DATED: August 6, 2013